UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>  Petitioner,<br><br>  v.<br><br>MUNIZ,<br><br>  Respondent. | No. 2:17-cv-0030 TLN AC P<br><br><br><br>ORDER |

By order filed March 14, 2018, the undersigned scheduled an evidentiary hearing in this case and appointed the Federal Defender to represent petitioner at the hearing. ECF No. 24 at 11-12. A status conference was to be set upon the appearance of counsel for petitioner. Id. at 11. Counsel has now appeared. ECF No. 25.

Accordingly, IT IS HEREBY ORDERED THAT this case is set for a status conference on April 18, 2018, at 10:00 a.m. in Courtroom No. 26.

DATED: March 23, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1