UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>    Petitioner,<br><br>    v.<br><br>MUNIZ,<br><br>    Respondent. | No. 2:17-cv-0030 TLN AC P<br><br><br>ORDER |

On April 25, 2018, the parties came before the court for a status conference regarding the previously-ordered evidentiary hearing on equitable tolling. ECF No. 29.

As stated at the status conference, IT IS HEREBY ORDERED that:

1. The evidentiary hearing is continued from June 4, 2018, at 9:00 a.m. to September 10, 2018, at 9:00 a.m. in Courtroom 26 before Magistrate Judge Allison Claire.

2. Discovery motions, and any other pre-hearing motions, shall be filed by June 20, 2018 and shall be heard on July 25, 2018.

3. The parties shall exchange witness and exhibit lists no later than August 27, 2018. Exhibit binders shall be submitted to the court at least forty-eight hours prior to the hearing.

4. Petitioner's counsel is responsible for submitting a proposed writ of habeas corpus ad testificandum to secure his client's presence at the hearing in person or by video, if he believes his client's presence is necessary or appropriate. Unless the court orders otherwise in response to

a pre-hearing motion, petitioner must appear in person if he intends to testify.

DATED: May 2, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE