HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Petitioner
JOSHUA HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>    Petitioner,<br><br>vs.<br><br>MUNIZ,<br><br>    Respondent. | Case No. 2:17-cv-00030 TLN-AC<br><br>**[PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date: September 10, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

JOSHUA HERRERA, CDCR #G11968, petitioner in proceedings in the aforementioned case on September 10, 2018, is confined in the Salinas Valley State Prison, in Soledad, California, in the custody of the California Department of Corrections and Rehabilitation. In order to secure JOSHUA HERRERA's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce JOSHUA HERRERA in Court, 8th Floor, Courtroom # 26, United States Courthouse, 501 I Street, Sacramento, California on September 10, 2018, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce JOSHUA HERRERA to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return JOSHUA HERRERA to the above institution;

2. The custodian is ordered to notify the court of any change in custody of JOSHUA HERRERA and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison – Sacramento, P.O. Box 290007, Represa, California, 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden Shawn Hatton, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960:**

**WE COMMAND** you to produce JOSHUA HERRERA, CDCR #G11968, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return him to the above institution.

**FURTHER**, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

DATED: August 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE