HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Petitioner
JOSHUA HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>    Petitioner,<br><br>vs.<br><br>MUNIZ,<br><br>    Respondent. | Case No. 2:17-cv-00030 TLN-AC<br><br>[PROPOSED] ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>Date: September 10, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

In light of Respondent's Notice of Intent to Withdraw Motion to Dismiss Based on Statute of Limitations Defense, Dkt. #36, filed August 29, 2018, the order and writ of habeas corpus ad testificandum, Dkt. #35, issued August 15, 2018, is hereby **VACATED**. The Warden **SHALL NOT** produce JOSHUA HERRERA to testify in United States District Court at the time and place above. The Clerk of the Court is directed to serve a copy of this order on Warden Shawn Hatton, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960 and a courtesy copy of this order on the Out-To-Court Desk, California State Prison – Sacramento, P.O. Box 290007, Represa, California 95671.

    IT IS SO ORDERED.

DATED: August 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE