UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>    Petitioner,<br><br>    v.<br><br>MUNIZ,<br><br>    Respondent. | No. 2:17-cv-0030 TLN AC P<br><br>ORDER |

By order filed February 27, 2017, respondent was ordered to respond to the petition. ECF No. 7. Respondent proceeded to file a motion to dismiss, on the ground that the petition was untimely. ECF No. 11. Petitioner opposed the motion. ECF No. 14. The court determined that an evidentiary hearing was necessary to determine whether petitioner was entitled to equitable tolling, and the Federal Defender was appointed for the limited purpose of representing petitioner at the evidentiary hearing. ECF No. 24. Respondent has now withdrawn his motion to dismiss and requested sixty days to file an answer to the petition. ECF No. 36.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 10, 2018 evidentiary hearing is vacated.

2. The purpose of the limited appointment having become moot, David M. Porter and the Federal Defender are released from their representation of petitioner and petitioner shall continue to proceed pro se.

1

3. Respondent is directed to file an answer to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See id. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

4. The Clerk of the Court is directed to serve petitioner Joshua Herrera, CDCR #G11968, with a copy of this order at Salinas Valley State Prison, P.O. Box 1050 Soledad, CA 93960-1050.

DATED: September 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE