IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HERRERA,** | Case No. 2:17-cv-00030-TLN-AC |
| Petitioner, | ~~[PROPOSED]~~ **ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME WITHIN WHICH TO FILE AN ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **MUNIZ,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an answer to the petition for writ of habeas corpus (ECF No. 40) be granted, enlarging by thirty additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including December 5, 2018, to file such pleading.

DATED: November 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE