IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HERRERA,** | Case No. 2:17-cv-00030 TLN AC P |
| Petitioner, | **[PROPOSED] ORDER GRANTING APPLICATION FOR SECOND ENLARGEMENT OF TIME WITHIN WHICH TO FILE AN ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| **v.** | |
| **MUNIZ,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the application for second enlargement of time within which to file an answer to the petition for writ of habeas corpus be granted, enlarging by thirty additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including January 4, 2019, to file such pleading.

DATED: December 3, 2018

_allison Clarie_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE